### STATE OF CONNECTICUT *v.* GARY J. TRICARICO

The defendant's petition for certification for appeal from the Appellate Court, 121 Conn. App. 75 (AC 29939), is denied.

*Deborah G. Stevenson,* special public defender, in support of the petition.

*Lisa A. Riggione,* senior assistant state's attorney, in opposition.

Decided July 1, 2010